IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAN BOWMAN and AMY BOWMAN                                        PLAINTIFFS

v.                                        CIVIL ACTION NO. 4:23-cv-00088-SA-DAS

NATIONWIDE INSURANCE COMPANY OF AMERICA                          DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on May 9, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 10th day of May, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE